SO ORDERED.

Dated: August 17, 2010

_____
CHARLES G. CASE, II
U.S. Bankruptcy Judge

**TIFFANY & BOSCO** P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-08278

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Monika Michelle Avalos<br>    Debtor.<br>_____<br>U.S. Bank National Association, as Trustee for CSMC ARMT 2006-3<br><br>    Movant,<br>  vs.<br><br>Monika Michelle Avalos, Debtor; Edward J. Maney, Trustee.<br><br>    Respondents. | No. 2:10-bk-07700-CGC<br><br>Chapter 13<br><br>O R D E R<br><br><br>(Relating to docket #21) |

    IT IS HEREBY ORDERED that Movant's Motion for Relief from the Automatic Stay is hereby withdrawn without prejudice and that any hearings scheduled in the matter are vacated.